# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2007

133383 & (48)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 133383
      COA: 264991
      Eaton CC:  04-020431-FH

CARRIE EVERETT COTTRELL,
      Defendant-Appellant.

_____/

By order of June 29, 2007, the prosecuting attorney was directed, and defendant was invited, to submit supplemental briefs addressing two specified issues raised by the application for leave to appeal the February 1, 2007 judgment of the Court of Appeals. On order of the Court, the supplemental briefs having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2007

_____
Clerk

p1017